**Darlene P. LUMPKIN, Plaintiff—Appellant,**

v.

**William TORRES, Doctor, Defendant—Appellee,**

and

**Miss FRYE, Nurse, Defendant.**

No. 04–7078.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 4, 2004.

Decided Nov. 9, 2004.

Darlene P. Lumpkin, Appellant pro se. Edward Joseph McNelis, III, Coreen Antoinette Bromfield, John David McChesney, Rawls & McNelis, PC, Richmond, Virginia, for Appellee.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Darlene P. Lumpkin appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See* *Lumpkin v. Torres,* No. CA–02–792–3 (E.D.Va. May 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*